United States Court of Appeals
Fifth Circuit

**F I L E D**

February 4, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 03-50177
Summary Calendar

———————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DORA ALICIA MARTINEZ-CANTU,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. DR-02-CR-486-2-FB
--------------------

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Dora
Alicia Martinez-Cantu ("Martinez") has moved for leave to
withdraw and has filed a brief as required by <u>Anders v.
California</u>, 386 U.S. 738 (1967). Martinez has received a copy of
counsel's motion and brief, but she has not filed a response.
Based on our review of the brief filed by counsel and of the
record, we conclude that there are no nonfrivolous issues for

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

appeal.  Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.